**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Patrick J. Helmick<br>　　　　　　　　　　Debtor | |
| Lakeview Loan Servicing, LLC, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　　v.<br>Patrick J. Helmick<br>　　　　　　　　　　Respondent<br>　　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 14-23383 GLT<br><br>CHAPTER 13<br><br>RELATED TO DOCUMENT NO. 45 |

**EXHIBIT**

　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire \_\_\_**
　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　  jgoldman@kmllawgroup.com
　　　　　　　　　　　　　　　　　　Attorney I.D. No. 205047
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　Phone: 215-825-6306, Fax: 215-825-6406
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

Date: September 22, 2016

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patrick J. Helmick<br>                    Debtor | CHAPTER 13<br><br>CASE NO. 14-23383 GLT |
| Ronda J. Winnecour<br>                    Movant<br><br>              vs.<br><br>Lakeview Loan Servicing, LLC<br>                    Respondent | Related to Document No. 45 |

**AFFIDAVIT**

The within named person (Affiant), __MELISSA RILEY__, who is a resident of __ERIE__ County, State of __NEW YORK__, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters and facts set forth are true and correct, to the best of his/her knowledge:

I, __MELISSA RILEY__, a __BANKING OFFICER__ (state job title), of M&T Bank, a servicer for Respondent, hereby declares that the subject $450.00 Attorneys' fees identified in the subject Notice of Postpetition Mortgage Fees, Expenses and Charges was waived on __11/20/15__ from our system and is no longer an applicable charge on the subject account.

Dated this __15th__ day of __April__, 2016

_____
Signature of Affiant

__Banking Officer__

State of __NEW YORK__

County of __ERIE__

Subscribed and sworn to, or affirmed, before me on this __15th__ day of __April__ 2016 by Affiant, __Melissa Riley__.

_____
Signature of Notary Public

SARAH PLANT
Notary Public, State of New York
No. 01PL6244435
Qualified in NIAGARA County
Commission Expires July 11, 20__19__

__7/11/19__
My Commission Expires:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patrick J. Helmick<br>          Debtor | CHAPTER 13<br><br>CASE NO. 14-23383 GLT |
| Ronda J. Winnecour<br>          Movant<br><br>vs.<br><br>Lakeview Loan Servicing, LLC<br>          Respondent | Related to Document No. 45 |

**CERTIFICATE OF SERVICE**

I, Andrew F. Gornall, Esquire, hereby certify that the foregoing Affidavit has been served by first class mail, postage pre-paid, upon the parties listed below on January 14, 2016.

Attorney for Debtor
Richard W. Schimizzi, Esq.
35 West Pittsburgh Street, (VIA ECF)
Greensburg, PA 15601
schimizzilaw@yahoo.com

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

**/s/ Andrew F. Gornall, Esquire**
Andrew F. Gornall, Esquire
Attorney I.D. 92382
AGornall@kmllawgroup.com
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
(215) 825-6311
Attorney for Respondent