IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| PATRICK JAMES HELMICK, ) | |
| ) | |
| Debtor, ) | Bankruptcy No. 14-23383-GLT |
| ) | |
| _____ ) | Chapter 13 |
| ) | |
| PATRICK JAMES HELMICK,, ) | Document No. |
| Movant, ) | |
| ) | Related to Doc. No. 62 |
| -vs- ) | |
| ) | |
| PA DEPARTMENT OF CORRECTIONS, ) | |
| Respondent. ) | |

### CERTIFICATE OF SERVICE

I, Matthew R. Schimizzi, Esquire, certify that true and correct copies of the **Order to Pay Trustee Pursuant to Second Amended Wage Attachment** dated December 15, 2016, and **Notification of Debtor's Social Security Number** were served on the party at the address set forth below by U.S. Regular Mail sent on December 16, 2016:

> PA Department of Corrections
> Attention: Payroll Manager
> Commonwealth of Pennsylvania, Treasury Department
> Room G-10, Finance Building
> Harrisburg, PA 17120

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date:   December 16, 2016          BY:      /s/ Matthew R. Schimizzi
Matthew R. Schimizzi Esquire
Attorney for Debtor
PA I.D. 307432

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone:  (724) 838 – 9722
Fax:     (724) 837 – 7868
Email:   mrs@schimizzilaw.com