Case 14-23383-GLT    Doc 73    Filed 01/26/17    Entered 01/27/17 00:58:44    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
1/24/17 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| PATRICK JAMES HELMICK, | ) | |
|     Debtor, | ) | Bankruptcy Case No. 14-23383-GLT |
| | ) | |
| | ) | Chapter 13 |
| PATRICK JAMES HELMICK, | ) | |
|     Movant, | ) | |
| | ) | |
|     -vs- | ) | Related to Doc. No. 68 |
| | ) | |
| PA DEPARTMENT OF CORRECTIONS, | ) | Motion No. WO-1 |
|     Respondent. | ) | |

### ORDER TO PAY TRUSTEE PURSUANT TO THIRD AMENDED WAGE ATTACHMENT

AND NOW, to wit, this 24th day of January, 2017, upon motion of Matthew R. Schimizzi, Esquire, counsel for the Debtor, and after consideration of the within Ex Parte Motion to Pay Trustee Pursuant to Third Amended Wage Attachment;

IT IS HEREBY ORDERED and DECREED that Debtor's employer, **PA Department of Corrections**, shall increase the amount deducted from Debtor's income by **$14.00**, so that the total amount deducted from Debtor's income is **$774.00 bi-weekly** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sum ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
Chapter 13 Trustee, W.D. PA
P.O. Box 84051
Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of this Order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

   IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

   IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

   IT IS FURTHER ORDERED that the Debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within 30 days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtors and this estate.

   Prepared by: Matthew R. Schimizzi, Esquire

               BY THE COURT:

               _____
               Gregory L. Taddonio,
               United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

ATTEST:

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23383-GLT
Patrick James Helmick                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1              Date Rcvd: Jan 24, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db             +Patrick James Helmick,    91 Prestwick Drive,    Greensburg, PA 15601-1329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Matthew R. Schimizzi    on behalf of Debtor Patrick James Helmick mrs@schimizzilaw.com,
           G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard W. Schimizzi    on behalf of Debtor Patrick James Helmick rws@schimizzilaw.com,
           mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8