IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   PATRICK JAMES HELMICK | ) | |
| | ) | |
| Debtor, | ) | Bankruptcy No.:  14-23383-GLT |
| | ) | |
| _____ | ) | Chapter 13 |
| | ) | |
| PATRICK JAMES HELMICK, | ) | Document No.: |
| Movant | ) | |
| | ) | Related to Document No.:   72 |
| -vs- | ) | |
| | ) | Motion No. WO-1: |
| PA DEPARTMENT OF CORRECTIONS, | ) | |
| Respondent | ) | |

**CERTIFICATE OF SERVICE**

    I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Order To Pay Trustee Pursuant To Third Amended Wage Attachment filed on January 24, 2017,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. Regular Mail sent on January 25, 2017.

    PA Department of Corrections
    **Attention:**  Payroll Manager
    Commonwealth of Pennsylvania, Treasury Department
    Room G-10, Finance Building
    Harrisburg, PA  17120

Respectfully submitted:

SCHIMIZZI LAW ASSOCIATES

Dated: <u>January 25, 2017</u>

By:   */s/ Matthew R. Schimizzi*
    Matthew R. Schimizzi, Esquire
    Attorney for Debtor
    Pa. I.D.: 307432

    Keystone Commons
    35 West Pittsburgh Street
    Greensburg, PA 15601
    Phone:  (724) 838 – 9722
    Fax:     (724) 837 – 7868
    Email:  mrs@schimizzilaw.com