# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| **PATRICK JAMES HELMICK,** ) | Case No. 14-23383-GLT |
|     Debtors, ) | |
| ) | Chapter 13 |
| ) | |
| ) | Doc. No. |
| **PATRICK JAMES HELMICK,** ) | |
|     Movant, ) | Related to Doc. No. |
| ) | |
|     -vs- ) | |
| ) | |
| **LAKEVIEW LOAN SERVICING, LLC, and** ) | |
| **RONDA J. WINNECOUR, Trustee,** ) | |
|     Respondents. ) | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED BY LAKEVIEW LOAN SERVICING, LLC, ON NOVEMBER 10, 2017

I, Matthew R. Schimizzi, Esquire, counsel for the Debtor, state the following:

1. Respondent, Lakeview Loan Servicing, LLC, filed a Notice of Mortgage Payment Change ("Notice") on November 10, 2017.

2. Attached to the Notice was a statement from M&T Bank giving the Debtor the option to pay the escrow shortage of $226.31 in full in lieu of filing an amended Plan.

3. I have consulted with the Debtor regarding the Notice and he has chosen to pay the escrow shortage in full directly to M&T Bank as per the instructions on the statement.

4. As a result, the current Plan payment is sufficient to fund the Chapter 13 Plan.

Respectfully submitted:
SCHIMIZZI LAW, LLC

Date: November 16, 2017      BY:   /s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
Counsel for Debtor
PA I.D. 307432

Keystone Commons
35 W. Pittsburgh St.
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com