# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| **PATRICK JAMES HELMICK,** ) | Case No. 14-23383-GLT |
| Debtors, ) | |
| ) | Chapter 13 |
| ) | |
| ) | Doc. No. |
| **PATRICK JAMES HELMICK,** ) | |
| Movant, ) | Related to Doc. No. 75 |
| ) | |
| -vs- ) | |
| ) | |
| **LAKEVIEW LOAN SERVICING, LLC, and** ) | |
| **RONDA J. WINNECOUR, Trustee,** ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Declaration Regarding Notice of Mortgage Payment Change Filed by Lakeview Loan Servicing, LLC, on November 10, 2017**, was served upon the following parties via electronic notification through CM/ECF on November 16, 2017:

James Warmbrodt, Esquire
Counsel for Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com

Ronda J. Winnecour
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

              Respectfully submitted:
              SCHIMIZZI LAW, LLC

Date: November 16, 2017   BY:  /s/ Matthew R. Schimizzi
              Matthew R. Schimizzi, Esquire
              Counsel for Debtor
              PA I.D. 307432

              Schimizzi Law, LLC
              Keystone Commons
              35 W. Pittsburgh St.
              Greensburg, PA 15601
              Phone: (724) 838-9722
              Fax:  (724) 837-7868
              Email: mrs@schimizzilaw.com