**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/4/19 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  PATRICK JAMES HELMICK<br><br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  PATRICK JAMES HELMICK<br><br><br>          Respondents | Case No.14-23383GLT<br><br><br>Chapter 13<br><br><br>Related to Dkt. No. 79 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this    4th    day of    September,    2019,    it is hereby ORDERED, ADJUDGED, and DECREED that,

Pa Department Of Corrections
Attn: Payroll Manager
Rm G-10 Finance Bldg
Harrisburg,PA 17120

is hereby ordered to immediately terminate the attachment of the wages of PATRICK JAMES HELMICK, social security number XXX-XX-5850.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PATRICK JAMES HELMICK.


BY THE COURT:

_____
cgt
UNITED STATES BANKRUPTCY JUDGE


Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 14-23383-GLT
Patrick James Helmick                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala          Page 1 of 1         Date Rcvd: Sep 04, 2019
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
db        +Patrick James Helmick,   91 Prestwick Drive,   Greensburg, PA 15601-1329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:
     Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC andygornall@latouflawfirm.com
     James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
     Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
     Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
     Matthew R. Schimizzi    on behalf of Debtor Patrick James Helmick mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Richard W. Schimizzi    on behalf of Debtor Patrick James Helmick rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                     TOTAL: 8