Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Patrick James Helmick** | : | Case No. 14−23383−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 84 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 1/15/20 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 25th of October, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 84 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before December 9, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *January 15, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 14-23383-GLT
Patrick James Helmick                                               Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel              Page 1 of 2            Date Rcvd: Oct 25, 2019
                              Form ID: 604            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db             +Patrick James Helmick,    91 Prestwick Drive,    Greensburg, PA 15601-1329
13910222      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Center,     P.O. Box 14931,   Pittsburgh, PA 15234)
13910221       +Children's Community Pediatrics,    11279 Perry Highway, Suite 450,    Wexford, PA 15090-9394
13910225       +Dr. Dennis A. Perry,    1 Twilight Hollow Road,    Charleroi, PA 15022-9500
13910228       +FNB Consumer Discount,    Atten: David Fitzpatrick,    P.O. Box 2045,   Uniontown, PA 15401-1645
13910227       +FNB Consumer Discount,    6291 State Route 30,    Greensburg, PA 15601-7597
13910226       +Ferguson Funeral Home,    80 Morgantown Street,    Uniontown, PA 15401-4294
13910230       +KML Law Group,    Atten: Michael T. McKeever,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13910231       +Lakeview Loan Servicing,    4425 Ponce De Leon Blvd.,    Mailstop MS5/251,
                 Coral Gables, FL 33146-1837
13910235       +Mon Valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
13974737       +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13910239       +Receivable Management Services,    240 Emery Street,    Bethlehem, PA 18015-1980
13910240       +Rita Helmick,    91 Prestwick Drive,    Greensburg, PA 15601-1329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13910219       +E-mail/Text: bankruptcy@rentacenter.com Oct 26 2019 03:28:00      Acceptance Now,
                 5501 Headquarters Drive,    Plano, TX 75024-5837
13914563        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2019 03:35:49
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
13910220       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 03:32:55      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13910224       +E-mail/Text: ccusa@ccuhome.com Oct 26 2019 03:25:33      Credit Collections USA,
                 16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
13910229        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:35:18      GE Capital Retail Bank,
                 P.O. Box 960061,    Orlando, FL 32896-0061
13932380        E-mail/Text: camanagement@mtb.com Oct 26 2019 03:25:57      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240-1288
13910232        E-mail/Text: camanagement@mtb.com Oct 26 2019 03:25:57      M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
13910233        E-mail/Text: camanagement@mtb.com Oct 26 2019 03:25:57      M&T Bank,    P.O. Box 900,
                 Millsboro, D 19966
13910234       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2019 03:26:44      Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13910236       +E-mail/PDF: cbp@onemainfinancial.com Oct 26 2019 03:35:16      OneMail Financial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
13910237        E-mail/PDF: cbp@onemainfinancial.com Oct 26 2019 03:33:42      OneMail Financial,
                 Bankruptcy Department,    P.O. Box 140489,    Irving, TX 75014-0489
13946073        E-mail/PDF: cbp@onemainfinancial.com Oct 26 2019 03:32:46      OneMain Financial, Inc,
                 P O Box 6042,    Sioux Falls, SD 57117-6042
13958429        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:34:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13910238        E-mail/Text: bankruptcynotices@psecu.com Oct 26 2019 03:27:38      PSECU,    P.O. Box 67013,
                 Harrisburg, PA 17106-7013
13910242       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:35:17      Synchrony Bank/Lowe's,
                 P.O. Box 965005,    Orlando, FL 32896-5005
13910243       +E-mail/Text: rmcbknotices@wm.com Oct 26 2019 03:27:40      Waste Management,
                 2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
13938074       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 26 2019 03:26:54      West Penn Power,
                 1310 Fairmont Ave,    Fairmont WV 26554-3526
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
13910241*      +Rita Helmick,   91 Prestwick Drive,    Greensburg, PA 15601-1329
13910223      ##+Colonial Acceptance Co,    312 Fallowfield Avenue,    Charleroi, PA 15022-1405
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: jhel              Page 2 of 2           Date Rcvd: Oct 25, 2019
                              Form ID: 604            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Matthew R. Schimizzi    on behalf of Debtor Patrick James Helmick mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard W. Schimizzi    on behalf of Debtor Patrick James Helmick rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```