Certificate Number: 05781-PAW-DE-033649414

Bankruptcy Case Number: 14-23383



05781-PAW-DE-033649414

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 4, 2019</u>, at <u>5:01</u> o'clock <u>PM PST</u>, <u>Patrick Helmick</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>November 4, 2019</u>         By:   <u>/s/Allison M Geving</u>

                                      Name: <u>Allison M Geving</u>

                                      Title: <u>President</u>