IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>PATRICK JAMES HELMICK,<br>    Debtor, | :<br>:<br>:<br>: | Bankruptcy No. 14-23383-GLT<br><br>Chapter 13 |
| PATRICK JAMES HELMICK,<br>    Movant,<br><br>    v.<br><br>RONDA J. WINNECOUR, TRUSTEE,<br>    Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Doc. No. |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On November 5, 2019, at docket number 90, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

5. This Certification is being signed under penalty of perjury by undersigned counsel, who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: November 11, 2019　　　　　　　By:　　/s/ Matthew R. Schimizzi
　　　　　　　　　　　　　　　　　　　　　　　Matthew R. Schimizzi, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor
　　　　　　　　　　　　　　　　　　　　　　　PA I.D. 307432
　　　　　　　　　　　　　　　　　　　　　　　Schimizzi Law, LLC
　　　　　　　　　　　　　　　　　　　　　　　Keystone Commons
　　　　　　　　　　　　　　　　　　　　　　　35 W. Pittsburgh St.
　　　　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　　　　　　Phone: (724) 838-9722
　　　　　　　　　　　　　　　　　　　　　　　Fax:　 (724) 837-7868
　　　　　　　　　　　　　　　　　　　　　　　Email: mrs@schimizzilaw.com

**PAWB Local Form 24 (07/13)**