| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Patrick James Helmick** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−5850** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **14−23383−GLT** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick James Helmick

<u>1/10/20</u>                              **By the court:**    <u>Gregory L. Taddonio</u>
                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 14-23383-GLT
Patrick James Helmick                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala              Page 1 of 2          Date Rcvd: Jan 10, 2020
                            Form ID: 3180W          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.
```
db            +Patrick James Helmick,    91 Prestwick Drive,    Greensburg, PA 15601-1329
13910222     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,     P.O. Box 14931,    Pittsburgh, PA 15234)
13910221      +Children's Community Pediatrics,    11279 Perry Highway, Suite 450,    Wexford, PA 15090-9394
13910225      +Dr. Dennis A. Perry,    1 Twilight Hollow Road,    Charleroi, PA 15022-9500
13910228      +FNB Consumer Discount,    Atten: David Fitzpatrick,    P.O. Box 2045,    Uniontown, PA 15401-1645
13910227      +FNB Consumer Discount,    6291 State Route 30,    Greensburg, PA 15601-7597
13910226      +Ferguson Funeral Home,    80 Morgantown Street,    Uniontown, PA 15401-4294
13910230      +KML Law Group,    Atten: Michael T. McKeever,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13910231      +Lakeview Loan Servicing,    4425 Ponce De Leon Blvd.,    Mailstop MS5/251,
               Coral Gables, FL 33146-1837
13910235      +Mon Valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
13974737      +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13910239      +Receivable Management Services,    240 Emery Street,    Bethlehem, PA 18015-1980
13910240      +Rita Helmick,    91 Prestwick Drive,    Greensburg, PA 15601-1329
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2020 03:22:54      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
13910219      +E-mail/Text: bankruptcy@rentacenter.com Jan 11 2020 03:23:52      Acceptance Now,
               5501 Headquarters Drive,    Plano, TX 75024-5837
13914563       EDI: AIS.COM Jan 11 2020 07:58:00      American InfoSource LP as agent for,
               Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13910220      +EDI: CAPITALONE.COM Jan 11 2020 07:58:00      Capital One,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
13910224      +EDI: CCUSA.COM Jan 11 2020 07:58:00      Credit Collections USA,    16 Distributor Drive, Suite 1,
               Morgantown, WV 26501-7209
13910229       EDI: RMSC.COM Jan 11 2020 07:58:00      GE Capital Retail Bank,    P.O. Box 960061,
               Orlando, FL 32896-0061
13932380       E-mail/Text: camanagement@mtb.com Jan 11 2020 03:22:39      M&T BANK,    PO BOX 1288,
               Buffalo, NY 14240-1288
13910232       E-mail/Text: camanagement@mtb.com Jan 11 2020 03:22:39      M&T Bank,    P.O. Box 62182,
               Baltimore, MD 21264-2182
13910233       E-mail/Text: camanagement@mtb.com Jan 11 2020 03:22:39      M&T Bank,    P.O. Box 900,
               Millsboro, D 19966
13910234      +EDI: MID8.COM Jan 11 2020 07:58:00      Midland Funding,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
13910236      +EDI: AGFINANCE.COM Jan 11 2020 07:58:00      OneMail Financial,    6801 Colwell Blvd,
               Irving, TX 75039-3198
13910237       EDI: AGFINANCE.COM Jan 11 2020 07:58:00      OneMail Financial,    Bankruptcy Department,
               P.O. Box 140489,    Irving, TX 75014-0489
13946073       EDI: AGFINANCE.COM Jan 11 2020 07:58:00      OneMain Financial, Inc,    P O Box 6042,
               Sioux Falls, SD 57117-6042
13958429       EDI: PRA.COM Jan 11 2020 07:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
13910238       E-mail/Text: bankruptcynotices@psecu.com Jan 11 2020 03:23:37      PSECU,    P.O. Box 67013,
               Harrisburg, PA 17106-7013
13910242      +EDI: RMSC.COM Jan 11 2020 07:58:00      Synchrony Bank/Lowe's,    P.O. Box 965005,
               Orlando, FL 32896-5005
13910243      +E-mail/Text: rmcbknotices@wm.com Jan 11 2020 03:23:39      Waste Management,
               2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
13938074      +E-mail/Text: bankruptcy@firstenergycorp.com Jan 11 2020 03:23:10      West Penn Power,
               1310 Fairmont Ave,    Fairmont WV 26554-3526
                                                                                              TOTAL: 18
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Lakeview Loan Servicing, LLC
13910241*     +Rita Helmick,    91 Prestwick Drive,    Greensburg, PA 15601-1329
13910223     ##+Colonial Acceptance Co,    312 Fallowfield Avenue,    Charleroi, PA 15022-1405
                                                                                TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: aala                Page 2 of 2              Date Rcvd: Jan 10, 2020
                               Form ID: 3180W            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:
```
            Andrew F Gornall      on behalf of Creditor    Lakeview Loan Servicing, LLC
             andygornall@latouflawfirm.com
            James   Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
            Joshua I. Goldman     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
            Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
             bkgroup@kmllawgroup.com
            Matthew R. Schimizzi     on behalf of Debtor Patrick James Helmick mrs@schimizzilaw.com,
             G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
            Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
            Richard W. Schimizzi     on behalf of Debtor Patrick James Helmick rws@schimizzilaw.com,
             mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
            Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 8
```