**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   PATRICK JAMES HELMICK

       Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

Case No.:14-23383

Chapter 13

Related to Dkt. No. 84

FILED
1/10/20 8:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 10th day of January, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

_____
U.S. BANKRUPTCY JUDGE
jah

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 14-23383-GLT
Patrick James Helmick                                                     Chapter 13
         Debtor                        CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2                Date Rcvd: Jan 10, 2020
                              Form ID: pdf900         Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db             +Patrick James Helmick,    91 Prestwick Drive,    Greensburg, PA 15601-1329
13910222      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Center,     P.O. Box 14931,   Pittsburgh, PA 15234)
13910221       +Children's Community Pediatrics,    11279 Perry Highway, Suite 450,    Wexford, PA 15090-9394
13910225       +Dr. Dennis A. Perry,    1 Twilight Hollow Road,    Charleroi, PA 15022-9500
13910228       +FNB Consumer Discount,    Atten: David Fitzpatrick,    P.O. Box 2045,   Uniontown, PA 15401-1645
13910227       +FNB Consumer Discount,    6291 State Route 30,    Greensburg, PA 15601-7597
13910226       +Ferguson Funeral Home,    80 Morgantown Street,    Uniontown, PA 15401-4294
13910230       +KML Law Group,    Atten: Michael T. McKeever,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13910231       +Lakeview Loan Servicing,    4425 Ponce De Leon Blvd.,    Mailstop MS5/251,
                 Coral Gables, FL 33146-1837
13910235       +Mon Valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
13974737       +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13910239       +Receivable Management Services,    240 Emery Street,    Bethlehem, PA 18015-1980
13910240       +Rita Helmick,    91 Prestwick Drive,    Greensburg, PA 15601-1329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13910219       +E-mail/Text: bankruptcy@rentacenter.com Jan 11 2020 03:23:52      Acceptance Now,
                 5501 Headquarters Drive,    Plano, TX 75024-5837
13914563        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2020 03:28:10
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK 73126-8941
13910220       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 11 2020 03:27:13      Capital One,
                 P.O. Box 30281,   Salt Lake City, UT 84130-0281
13910224       +E-mail/Text: ccusa@ccuhome.com Jan 11 2020 03:22:24      Credit Collections USA,
                 16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
13910229        E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2020 03:26:21      GE Capital Retail Bank,
                 P.O. Box 960061,    Orlando, FL 32896-0061
13932380        E-mail/Text: camanagement@mtb.com Jan 11 2020 03:22:39      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240-1288
13910232        E-mail/Text: camanagement@mtb.com Jan 11 2020 03:22:39      M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
13910233        E-mail/Text: camanagement@mtb.com Jan 11 2020 03:22:39      M&T Bank,    P.O. Box 900,
                 Millsboro, D 19966
13910234       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 11 2020 03:23:05      Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13910236       +E-mail/PDF: cbp@onemainfinancial.com Jan 11 2020 03:27:01      OneMail Financial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
13910237        E-mail/PDF: cbp@onemainfinancial.com Jan 11 2020 03:27:00      OneMail Financial,
                 Bankruptcy Department,    P.O. Box 140489,   Irving, TX 75014-0489
13946073        E-mail/PDF: cbp@onemainfinancial.com Jan 11 2020 03:26:14      OneMain Financial, Inc,
                 P O Box 6042,   Sioux Falls, SD 57117-6042
13958429        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2020 03:38:53
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13910238        E-mail/Text: bankruptcynotices@psecu.com Jan 11 2020 03:23:37      PSECU,    P.O. Box 67013,
                 Harrisburg, PA 17106-7013
13910242       +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2020 03:26:22      Synchrony Bank/Lowe's,
                 P.O. Box 965005,    Orlando, FL 32896-5005
13910243       +E-mail/Text: rmcbknotices@wm.com Jan 11 2020 03:23:39      Waste Management,
                 2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
13938074       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 11 2020 03:23:12      West Penn Power,
                 1310 Fairmont Ave,    Fairmont WV 26554-3526
                                                                                             TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
13910241*      +Rita Helmick,    91 Prestwick Drive,    Greensburg, PA 15601-1329
13910223      ##+Colonial Acceptance Co,    312 Fallowfield Avenue,    Charleroi, PA 15022-1405
                                                                                  TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: aala                 Page 2 of 2              Date Rcvd: Jan 10, 2020
                               Form ID: pdf900            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Matthew R. Schimizzi    on behalf of Debtor Patrick James Helmick mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard W. Schimizzi    on behalf of Debtor Patrick James Helmick rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```